| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 5 Mins | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR *10:06:52-10:10:25* FTR: 9/2/08 *Recalled 10:28:06-10:29:53* | | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | | DATE 9/2/08 | NEW CASE ☐ | CASE NUMBER 4-08-70561-WDB | |

## APPEARANCES

| DEFENDANT SEAN STALLMEYER | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT J. Phillip Vaughns | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY James Mann for Christine Wong | INTERPRETER None | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Carol Mendoza | | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS 4 Mins. HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG NOT HELD | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING 1 Min. HELD |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**FILED**

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

SEP 2 – 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 9/5/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: HIS DETENTION HRG. UNTIL 9/5/08 | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Case also set next bef. Mag. Judge W.D. Brazil on 9/8/08 at 10:00 a.m. for Detention Hrg.
The deft's atty. asked the Court for a continuance of the deft's Detention Hrg. until 9/8/08 bec. the deft's atty. asked the deft's mother to get some addt'l. info. in rel. to the issue of deft's bail - request GRANTED. The deft's atty. told Court that he will not be able to appear on 9/5/08 in court but AFPO J. Leavitt has agreed to appear on his behalf for the deft. on 9/5/08.

cc: WDB's Stats, Pret. Svcs.

DOCUMENT NUMBER: